**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MIRAGE HOLDERS, LLC,

        Plaintiff,

vs.

TRAVELERS CASUALT INSURANCE COMPANY OF AMERICA,

        Defendant.

2:15-cv-01986-RFB-VCF

**ORDER**

      Before the court is Plaintiff's Motion to Extend Discovery Deadlines (#17).

      Local Rule 7-2(d) states, "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute consent to the granting of the motion." Here, Defendant failed to file points and authorities in opposition to Plaintiff's motion. As a result, Defendant consented to the granting of the motion under Local Rule 7-2(d).

      Accordingly,

      IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Discovery Deadlines (#17) is GRANTED. The following discovery deadlines apply:

| | |
|---|---|
| Initial Expert Disclosure | June 3, 2016 |
| Rebuttal Expect Disclosure | July 1, 2016 |
| Interim Status Report | June 3, 2016 |
| Dispositive Motions | August 1, 2016 |

The Joint Pre-trial Order must be filed on **September 30, 2016**. In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order will be suspended until 30 days after the decision on the dispositive motions or further order of the Court.

      Pursuant to LR 26-4, any request to extend the dates set forth in this Discovery Plan and

Scheduling Order must be filed with the Court no later than **21 days prior to expiration of the subject deadline.**

DATED this 22nd day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE