Amy M. Samberg, Esq.
Nevada Bar No. 10212
Foran Glennon Palandech Ponzi & Rudloff, PC
1 East Washington St., Ste. 500
Phoenix, AZ 85004
Telephone: 602-777-6230
Facsimile: 312-863-5099
E-Mail: asamberg@fgppr.com

Alaina C. Stephens, Esq.
Nevada Bar No. 13512
Foran Glennon Palandech Ponzi & Rudloff, PC
7455 Arroyo Crossing, Suite 220
Las Vegas, NV 89113
Telephone: 702-761-6573
Facsimile: 312-863-5099
Email: astephens@fgppr.com

Attorneys for the Defendant Travelers Casualty
Insurance Company of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIRAGE HOLDERS, LLC, a Nevada Limited Liability Company, | Case No. 2:15-cv-01986-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a foreign Corporation, DOES I through X, Inclusive, and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendant. | |

 IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Mirage Holders, LLC ("Plaintiff") and Defendant Travelers Casualty Insurance Company of America ("Travelers"), by and through their respective counsel, that the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys' fees.

/ / /

/ / /

*Case No. 2:15-cv-01986-RFB-VCF*

DATED: June 28, 2016

DATED: ~~June~~ July 13, 2016

KEATING LAW GROUP

FORAN GLENNON PALANDECH PONZI & RUDLOFF, PC

By: _____
John T. Keating
9130 W. Russell Road
Suite 200
Las Vegas, NV 89148

*Attorney for Mirage Holders, LLC*

By: _____
Amy M. Samberg
Nevada Bar No. 10212
1 East Washington St., Ste. 500
Phoenix, AZ 85004

Alaina C. Stephens
Nevada Bar No. 13512
7455 Arroyo Crossing, Suite 220
Las Vegas, NV 89113

*Attorneys for Travelers Casualty Insurance Company of America*

## ORDER

IT IS HEREBY ORDERED that this matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys' fee.

DATED this 19th day of June, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

- 2 -